```
 1
 2
 3
 4
 5
 6                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
 7                                    AT SEATTLE

 8    UNITED STATES OF AMERICA,
 9                         Plaintiff,        CASE NO. 18-289 BAT
10         v.                                 **DETENTION ORDER**
11    VICENTE COVARRUBIAS OROZCO,
12                         Defendant.
```

13    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

14 and based upon the factual findings and statement of reasons for detention hereafter set forth,

15 finds that no condition or combination of conditions which the defendant can meet will

16 reasonably assure the appearance of the defendant as required and the safety of any other person

17 and the community.

18           **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

19     Defendant has been charged by complaint with illegal reentry after deportation. He is not

20 a citizen of the United States, and it appears defendant has made multiple unlawful entries into

21 the United States. Defendant has prior criminal convictions for felony offenses. The Court

22 received no information about defendant's personal history, residence, family or community ties,

23

DETENTION ORDER - 1

employment history, financial status, health, and substance use. The defendant through his attorney made no argument as to release, and stipulated to detention.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 19th day of June, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge